UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REYNALDO SAPLAN,

    Plaintiff,

v.

H. RICHARD MCDONALD, et al.,

    Defendants.

Case No. 22-cv-04708-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not paid the full filing fee by the deadline. (Dkt. No. 7.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to prosecute and for failure to comply with the Court's order, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must (i) have the words MOTION TO REOPEN written on the first page, and (ii) full payment for the $402.00 filing fee. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** March 29, 2023

_____
RICHARD SEEBORG
Chief United States District Judge