UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO SAPLAN,<br><br>    Plaintiff,<br><br>    v.<br><br>H. RICHARD MCDONALD, et al.,<br><br>    Defendants. | Case No. 22-cv-04708-RS (PR)<br><br>**ORDER REOPENING ACTION** |

    This federal civil rights action was dismissed because plaintiff had not paid the full filing fee by the deadline. (Dkt. No. 8.) Since dismissal, plaintiff has filed a motion to reopen in which he presents documentation showing that the filing fee was paid. (Dkt. Nos. 11, 14, and 15.) Accordingly, the motion to reopen is GRANTED and the action is REOPENED. The Clerk is directed to modify the docket to reflect this. The judgment and the order of dismissal are VACATED.

    The Court will review the complaint in a separate order. The Clerk shall reopen this action and terminate all pending motions.

    **IT IS SO ORDERED.**

Dated: September 15, 2023

                                                             RICHARD SEEBORG<br>
                                                         Chief United States District Judge